UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE EQUILIN,
    Plaintiff,

          v.                            Civil Action
                                            No. 12-10996-RWZ

MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
    Defendant.

## PROCEDURAL ORDER

    Plaintiff has filed a complaint, but has not paid the $350.00 filing fee, see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings in forma pauperis).

    Accordingly, plaintiff must either (1) pay the $350.00 filing fee; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action.

    If plaintiff elects to seek in forma pauperis status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

June 7, 2012                         /s/ Rya W. Zobel
DATE                              UNITED STATES DISTRICT JUDGE